Order issued September 26 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01119-CV

IMAGINE AUTOMOTIVE GROUP, INC., ET AL., Appellants

V.

BOARDWALK MOTOR CARS, LTD. D/B/A BOARDWALK
PORSCHE (FORMERLY THE PORSCHE STORE), ET AL., Appellees

## ORDER

The Court has before it appellees' September 21, 2012 unopposed motion for extension of time to file their brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by October 24, 2012.

MOLLY FRANCIS
JUSTICE